## F. B. Sherfy, Appellant, v. W. A. Lachenmyer, Appellee.

### (Not to be reported in full.)

Appeal from the Circuit Court of Champaign county; the Hon. SOLON PHILBRICK, Judge, presiding. Heard in this court at the April term, 1914. Affirmed. Opinion filed October 16, 1914.

### Statement of the Case.

Action by F. B. Sherfy against W. A. Lachenmyer on a promissory note executed by plaintiff to his own order and indorsed on the back by him.

Defendant executed a note payable to one Matheny in payment of money lost to the latter in gambling at cards in a gambling room run by the latter. The note came into the hands of the First National Bank for collection. Defendant informed the cashier of the bank that he was unable to pay the note at that time, that it was for money lost at gambling, and executed in renewal thereof the note on which this action brought. The court directed a verdict for defendant and from the judgment thereon, plaintiff appeals.

WALTER B. RILEY and FRED B. HAMILL, for appellant.

GREEN & PALMER and ACTON & ACTON, for appellee; ORIS BARTH, of counsel.

MR. JUSTICE ELDREDGE delivered the opinion of the court.

### Abstract of the Decision.

GAMING, § 18*—*when renewal note in hands of innocent purchaser void.* A renewal note is void, though in the hands of an innocent purchaser, where the consideration of the first note was a gambling debt.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.